**Order entered September 12, 2018**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-18-00391-CR

**FRANK PAUL CELAYA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-52876-U**

## ORDER

Appellant's brief, due August 24, 2018, has not been filed. We notified appellant by postcard dated August 28th that the brief was overdue. On September 7, 2018, appellate counsel filed a letter, notifying the Court that: (1) she has been unable to reach appellant; (2) on June 7, 2018, the trial court granted appellant's motion for shock probation; and (3) appellant's trial court counsel informed appellate counsel that it was likely appellant no longer wished to pursue the appeal because appellant wanted shock probation.

We **ORDER** the trial court to conduct a hearing to determine whether appellant desires to prosecute this appeal or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–

Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court, and to counsel for all parties.

This appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     CRAIG STODDART
        JUSTICE